# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  RONALD G. SMITH & MARY L. SMITH  Case Number: 06-72122
806 GLEN FOREST  SSN-xxx-xx-8445 & xxx-xx-0714
MACHESNEY PARK, IL  61115

Case filed on: 11/14/2006
Plan Confirmed on: 1/22/2007

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $70,100.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY PHILIP H HART | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | RETAIL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | RONALD G. SMITH | 0.00 | 0.00 | 762.71 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 762.71 | 0.00 |
| 001 | CHRYSLER FINANCIAL SERVICES AMERICAS LLC | 14,080.16 | 14,080.16 | 14,080.16 | 1,073.07 |
| 002 | FIFTH THIRD BANK | 19,783.60 | 19,783.60 | 19,783.60 | 2,874.42 |
| 003 | ECAST SETTLEMENT CORPORATION | 2,000.00 | 2,000.00 | 2,000.00 | 89.96 |
| 005 | TCF BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | TCF BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | LENSING STORAGE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 35,863.76 | 35,863.76 | 35,863.76 | 4,037.45 |
| 002 | FIFTH THIRD BANK | 0.00 | 0.00 | 0.00 | 25.43 |
| 003 | ECAST SETTLEMENT CORPORATION | 885.60 | 885.60 | 885.60 | 51.70 |
| 007 | AFFILIATED SURGEONS OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 7,298.68 | 7,298.68 | 7,298.68 | 575.73 |
| 009 | BLAINS FARM & FLEET | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CAPITAL ONE BANK (USA) NA | 2,637.75 | 2,637.75 | 2,637.75 | 171.86 |
| 011 | B-REAL LLC | 2,380.47 | 2,380.47 | 2,380.47 | 155.07 |
| 012 | LVNV FUNDING LLC | 3,960.84 | 3,960.84 | 3,960.84 | 307.78 |
| 013 | ECAST SETTLEMENT CORPORATION | 2,288.54 | 2,288.54 | 2,288.54 | 149.22 |
| 014 | ROCKFORD GASTROENTERLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CREDITORS PROTECTION SERVICE, INC | 105.19 | 105.19 | 105.19 | 5.82 |
| 016 | ROCKFORD MERCANTILE AGENCY INC | 223.20 | 223.20 | 223.20 | 12.26 |
| 017 | ROUNDUP FUNDING LLC | 1,297.07 | 1,297.07 | 1,297.07 | 75.71 |
| 018 | ECAST SETTLEMENT CORPORATION | 1,244.19 | 1,244.19 | 1,244.19 | 72.74 |
| 020 | ROCKFORD HEALTH PHYSICIANS | 443.07 | 443.07 | 443.07 | 24.59 |
|  | Total Unsecured | 22,764.60 | 22,764.60 | 22,764.60 | 1,627.91 |
|  | Grand Total: | 58,628.36 | 58,628.36 | 59,391.07 | 5,665.36 |

Total Paid Claimant:     $65,056.43
Trustee Allowance:       $5,043.57
Percent Paid Unsecured:    100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009          By  /s/Heather M. Fagan